**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>- v -<br><br>THOMAS M. ANDERSON, an individual residing in and citizen of Florida, STEVEN ROBERT ROSENDALE, an individual residing in and citizen of Colorado, and PETER G. DeGROOD, an individual residing in and citizen of Colorado,<br><br>Defendants. | Civil Action No.: 3:13-CV-00228-MPS |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff General Electric Capital Corporation and the remaining Defendant Thomas M. Anderson, through their respective counsel of record, stipulate to the dismissal of this action, without prejudice, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its and his costs and attorneys' fees.

Dated this 1st day of July, 2015.

| | |
|---|---|
| **Reed Smith LLP** | **Willinger, Willinger, & Bucci, P.C.** |
| /s/ James Andriola | /s/ Mark Middlen |
| James M. Andriola (CT 22742) | Mark H. Middlen (CT 25704) |
| Alexander Terras (CT 28793) | |
| | **EasonRohde, LLC** |
| Attorneys for Plaintiff | |
| General Electric Capital Corporation | /s/ David R. Eason |
| | David R. Eason (Colo. 11243) |
| | Attorneys for Defendant |
| | Thomas M. Anderson |